IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01783-CBS

STEPHEN E. POTTER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Craig B. Shaffer on August 17, 2015, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final decision is AFFIRMED and this civil action is DISMISSED, with each party to bear his or her own attorney fees and costs.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Stephen E. Potter.

DATED at Denver, Colorado this 17th  day of August, 2015.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        s/ N. Marble
        Deputy Clerk